IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID HALL,

                Plaintiff,

      v.

BLUE CROSS BLUE SHIELD OF ILLINOIS,

                Defendant.

Case No. 1:16-cv-01909-AWI-SKO

**[~~PROPOSED~~] ORDER CONTINUING HEARING ON PLAINTIFF'S MOTION TO DETERMINE THE STANDARD OF REVIEW**

Complaint filed:   December 22, 2016

Honorable Anthony W. Ishii

Hearing Date:        July 10, 2017
Proposed Hearing Date:  July 17, 2017

The Court, having considered the parties' Joint Stipulation to Continue Hearing on Plaintiff's Motion to Determine the Standard of Review ("Motion"), finds good cause appearing and hereby GRANTS the stipulated request.

Specifically, the Court ORDERS the following:

- The hearing on the Motion is hereby RESET from July 10, 2017, to July 17, 2017, at 1:30 p.m.;

- The deadlines for the associated Opposition and Reply are continued to correspond with the new hearing date, per the Local Rules.

IT IS SO ORDERED.

Dated:   June 27, 2017           _____

                        SENIOR  DISTRICT  JUDGE

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28