# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID HALL,<br>　　　　Plaintiff<br>　　v.<br>BLUE CROSS BLUE SHIELD OF ILLINOIS,<br>　　　　Defendants | CASE NO. 1:16-CV-1909 AWI SKO<br><br>ORDER VACATING HEARING AND ORDER ON STIPULATION SETTING STANDARD FOR REVIEW<br><br>(Doc. Nos. 38, 42) |

On June 5, 2017, Plaintiff filed a motion to determine the standard of review in this ERISA case. See Doc. No. 38. Hearing on this motion is set for July 17, 2017, at 1:30 p.m. in Courtroom No. 2. See Doc. No. 41.

On June 30, 2017, the parties filed a stipulation. See Doc. No. 42. The stipulation in part provides that: (1) the July 17, 2017 hearing be vacated; (2) the parties agree that, for purposes of this case only, the standard of review is *de novo*; and (3) Plaintiff withdraws his motion to determine the applicable standard of review. See id. After consideration, the Court will give effect to the parties' stipulation.

Accordingly, IT IS HEREBY ORDERED that, pursuant to the parties' stipulation (Doc. No. 42):

1. The July 17, 2017 hearing date is VACATED;
2. Plaintiff's motion to determine the applicable standard of review case is DENIED as withdrawn; and
3. The applicable standard of review in this ERISA case will be the *DE NOVO* standard.

IT IS SO ORDERED.

Dated: July 5, 2017　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　SENIOR DISTRICT JUDGE