IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID HALL,<br><br>        Plaintiff,<br><br>   v.<br><br>BLUE CROSS BLUE SHIELD OF ILLINOIS,<br><br>        Defendant. | Case No. 1:16-cv-01909-AWI-SKO<br><br>**ORDER TO AUGMENT THE ADMINISTRATIVE RECORD**<br><br>Complaint filed:   December 22, 2016<br><br>Honorable Anthony W. Ishii |

The Court, having considered the parties' Joint Stipulation to Augment the Administrative Record, hereby GRANTS the stipulated request.

Specifically, the Court ORDERS that the following materials that are the subject of the Joint Stipulation are hereby augmented into the Administrative Record in this action:

1. Internal system notes regarding Plaintiff, bearing Bates BCBSIL02736 to BCBSIL02748 (the "BCBSIL Documents");

2. Fifteen audio calls, bearing Bates BCBSIL02722 to BCBSIL 02735 and BCBSIL02749 (the "Audio Calls"); and

3. The Anthem Blue Cross Facility Agreement with the Centre for Neuro Skills, bearing Bates Hall0326 to Hall0357 (the "Facility Agreement").

Defendant shall lodge copies of the above materials with the Court within five (5) days of entry of the Order.

IT IS SO ORDERED.

Dated: March 12, 2018

_____
SENIOR DISTRICT JUDGE