REED SMITH LLP
A limited liability partnership formed in the State of Delaware

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID HALL,<br><br>  Plaintiff,<br><br>  v.<br><br>BLUE CROSS BLUE SHIELD OF ILLINOIS,<br><br>  Defendant. | Case No. 1:16-cv-01909-AWI-SKO<br><br>**ORDER CONTINUING TRIAL DATE AND RELATED DEADLINES**<br><br>(Doc. 48)<br><br>Complaint filed:   December 22, 2016<br><br>Honorable Anthony W. Ishii<br><br>Trial Date:           July 17, 2018<br>Proposed Trial Date:   October 16, 2018 |

Case No. 1:16-cv-01909-AWI-SKO    – 1 –

The Court, having considered the parties' Joint Stipulation to Continue Trial Date and Related Deadlines (Doc. 48), and good cause appearing, hereby orders as follows:

(1) the trial date in the above-captioned matter is continued to October 16, 2018;

(2) the deadline for filing opening brief is continued from May 2, 2018, to July 31, 2018;

(3) the deadline for filing responsive briefs is continued from May 23, 2018, to August 21, 2018; and

(4) the deadline for filing reply briefs is continued from June 6, 2018, to September 4, 2018.

IT IS SO ORDERED.

Dated: **April 30, 2018**  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE