IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID HALL,<br><br>                    Plaintiff,<br><br>          v.<br><br>BLUE CROSS BLUE SHIELD OF ILLINOIS,<br><br>                    Defendant. | Case No. 1:16-cv-01909-AWI-SKO<br><br>**[~~PROPOSED~~] ORDER CONTINUING TRIAL DATE AND RELATED DEADLINES**<br><br>Complaint filed:     December 22, 2016<br><br>Honorable Anthony W. Ishii<br><br>Trial Date:            October 16, 2018<br>Proposed Trial Date:   January 15, 2019 |

The Court, having considered the parties' Joint Stipulation to Continue Trial Date and Related Deadlines, and good cause appearing, hereby orders as follows:

(1)     the trial date in the above-captioned matter is continued from October 16, 2018, to January 15, 2019;

(2)     the deadline for filing opening brief is continued from July 31, 2018, to October 30, 2018;

[PROPOSED] ORDER CONTINUING TRIAL DATE AND RELATED DEADLINES

1    (3)    the deadline for filing responsive briefs is continued from August 21,

2           2018, to November 20, 2018;

3

4    (4)    the deadline for filing reply briefs is continued from September 4, 2018,

5           to December 4, 2018; and

6

7    (5)    all other deadlines related to the October 16, 2018 trial date not discussed

8           herein are continued and are based off of the new trial date.

9

10

11

12   IT IS SO ORDERED.

13   Dated:   July 20, 2018                    _____
                                              SENIOR  DISTRICT  JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. 1:16-cv-01909-AWI-SKO        – 2 –

[PROPOSED] ORDER CONTINUING TRIAL DATE AND RELATED
DEADLINES