IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID HALL,<br><br>             Plaintiff,<br><br>v.<br><br>BLUE CROSS BLUE SHIELD OF ILLINOIS,<br><br>             Defendant. | Case No. 1:16-cv-01909-AWI-SKO<br><br>**[PROPOSED] ORDER CONTINUING TRIAL DATE AND RELATED DEADLINES**<br><br>Complaint filed:    December 22, 2016<br><br>Honorable Anthony W. Ishii<br><br>Trial Date:           January 15, 2019<br>Proposed Trial Date:  May 14, 2019 |

The Court, having considered the parties' Joint Stipulation to Continue Trial Date and Related Deadlines, and good cause appearing, hereby orders as follows:

(1) the current trial date from January 15, 2019 to May 14, 2019;

(2) the opening briefs from October 30, 2018 to February 20, 2019;

(3) the responsive briefs from November 20, 2018 to March 20, 2019;

(4) the reply briefs from December 4, 2018 to April 4, 2019; and

(5) all other deadlines related to the January 15, 2019 trial date not discussed herein to be based off of the new trial date.

IT IS SO ORDERED.

Dated:   October 17, 2018                      _____
                                                           SENIOR DISTRICT JUDGE