REED SMITH LLP
A limited liability partnership formed in the State of Delaware

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID HALL, | Case No. 1:16-cv-01909-AWI-SKO |
| Plaintiff, | **[PROPOSED] ORDER TO FURTHER AUGMENT THE ADMINISTRATIVE RECORD** |
| v. | |
| BLUE CROSS BLUE SHIELD OF ILLINOIS, | Complaint filed: December 22, 2016 |
| Defendant. | Honorable Anthony W. Ishii |

The Court, having considered the parties' Joint Stipulation to Further Augment the Administrative Record, hereby GRANTS the stipulated request.

Specifically, the Court ORDERS that the following materials that are the subject of the Joint Stipulation are hereby augmented into the Administrative Record in this action:

1. Internal system notes regarding Plaintiff, bearing Bates BCBSIL02750 to BCBSIL02791 (the "Additional Materials").

Defendant shall lodge copies of the above materials with the Court within five (5) days of entry of the Order.

IT IS SO ORDERED.

Dated: February 24, 2019

_____
SENIOR DISTRICT JUDGE