UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID HALL,<br><br>            Plaintiff,<br><br>    v.<br><br>BLUE CROSS BLUE SHIELD OF ILLINOIS,<br><br>            Defendant. | No. 1:16-cv-001909-AWI-SKO<br><br>**ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE THE CASE**<br><br>(Doc. 70) |

On June 27, 2019, the parties filed a joint stipulation dismissing the action with prejudice. (Doc. 70.) In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice. Accordingly, the Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **June 27, 2019**                  /s/ *Sheila K. Oberto*
                                                               UNITED STATES MAGISTRATE JUDGE